# United States District Court
## District of Maryland

06 - 123 - M - 01

UNITED STATES OF AMERICA

v.

David S. White

**WARRANT FOR ARREST**

Case No. DKC-00-0232

**FILED**

MAR 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>David S. White</u> and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☒ Order of Court ☒ Violation Notice ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*:

ALLEGED VIOLATIONS OF PROBATION OR TERM OF SUPERVISED RELEASE
(SEE ATTACHED)

RECEIVED U.S. MARSHAL GREENBELT, MD
MAR 1 2 51 PM '06

in violation of Title United States Code, Section(s) _____

| | |
|---|---|
| Felicia C. Cannon | Clerk, United States District Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* (By) Deputy Clerk | March 1, 2006   Greenbelt, Maryland |
| | Date and Location |
| Bail fixed at $ No Recommendation | by Deborah K. Chasanow, United States District Judge |
| | Name of Judicial Officer |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | 3-12-06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|---|
| Date of Arrest | 3-16-06 | SEAN McLEOD SDUSM | *[signature]* |

U.S. DISTRICT COURT (Rev. 12/98)