0  '2006 20:19  410-962-2824           USMS BALTIMORE                              PAGE 01/12
03/01/2006 15:08  3013   415            US MARSHAL GREENBELT

# United States District Court
## District of Maryland

06 - 123 - M - 01

UNITED STATES OF AMERICA                    WARRANT FOR ARREST

v.

                                            Case No. DKC-00-0232

David S. White                              FILED

TO:  The United States Marshal and any      MAR 1 6 2006
     Authorized United States Officer
                                            NANCY MAYER WHITTINGTON, CLERK
                                            U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest **David S. White** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Order of Court  ☒ Violation Notice  ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*:

ALLEGED VIOLATIONS OF PROBATION OR TERM OF SUPERVISED RELEASE
(SEE ATTACHED)

RECEIVED
U.S. MARSHAL
GREENBELT, MD
MAR 1 2 51 PM '06

in violation of Title United States Code, Section(s)

Felicia C. Cannon                           Clerk, United States District Court
Name of Issuing Officer                     Title of Issuing Officer

*[signature]*                               March 1, 2006    Greenbelt, Maryland
(By) Deputy Clerk                           Date and Location

Bail fixed at $ No Recommendation           by Deborah K. Chasanow, United States District Judge
                                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received  3-12-06 | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest  3-14-06 | SEAN McLEOD SDUSM | *[signature]* |

U.S. DISTRICT COURT (Rev. 12/98)